IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CESAR ENRIQUE MARIN SUAREZ, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-01840-DAE |
| | § | |
| WARDEN, *et al*., | § | |
| *Respondents*. | § | |

ORDER

Before the Court is the status of the above-captioned case. On July 16, 2026, this Court granted Petitioner Cesar Enrique Marin Suarez's ("Petitioner") Petition for Writ of Habeas Corpus and ordered Petitioner's release by no later than 5:00 p.m. on July 18, 2026. (Dkt. # 8.) The Court also ordered Respondents to file a status report with the Court no later than 6:00 p.m. on July 20, 2026, detailing their compliance with the Court's Order. (Id. at 12.)

On July 20, 2026, Respondents submitted a status report to the Court stating ""[u]pon information and belief obtained from immigration officials, Petitioner was released on July 17, 2026." (Dkt. # 9.) This status report is insufficient and plainly does not comply with the Court's July 16 Order.

Accordingly, the Court **ORDERS** Respondents to file an additional status report with the Court **on or before 12:00 p.m. on Wednesday, July 22,**

**2026**. The status report must include (1) documentation of Petitioner's release; and (2) details as to Respondents' compliance with the Court's July 16 Order.[1]

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 21, 2026.



David Alan Ezra
Senior United States District Judge

[1] Specifically, the Court's July 16 Order required Respondents to notify Petitioner's sponsor or sister prior to release, if Respondents had contact information for those individuals, and to return Petitioner's identification documents, immigration documents, and personal belongings to him upon release. (Dkt. # 8 at 12.)